THOMAS RANKIN v. STRESEN-REUTER & HANCOCK, INC.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

FANNY MILLER, as Administratrix, etc., v. CHARLES H. WEIGLE and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

AGNES CROWLEY v. PIERRE TARTOUE.  THOMAS BURNS v. PIERRE TARTOUE.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

 NICHOLAS GANGI, an Infant, etc., v. JACOB FRADUS.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

GIUSEPPE GANGI v. JACOB FRADUS.— Motion denied, with ten dollars costs, and stay vacated.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

DOMENICO IANNONE, as Administrator, etc., v. THE WEBER-McLOUGHLIN COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

LEON JOBIN v. JULIA W. M. C. LAWRENCE.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

V. VIVAUDOU, INC., v. ABRAHAM MEYERS.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

CONSOLIDATED MACHINERY AND WRECKING COMPANY v. HARPER MACHINERY COMPANY.— Motion to dismiss appeal granted.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

J. KEARSLEY MITCHELL and Another, Respondents, v. WILLIAM F. HUDSON, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FANNY B. WETZEL, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

OSCAR B. WIREN, Appellant, v. ANNA MARIE LYON, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend complaint on payment of costs in this court and at Special Term.  No opinion.  Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

WILLIAM O'DONNELL, as Administrator, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs.